IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL ACTION NO.: 1:09cv311 ~~3:09-CV-347~~ |
| Plaintiff, | ) ) | |
| | ) | COMPLAINT |
| v. | ) ) | |
| PROPAK LOGISTICS, INC., | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of national origin, non-Hispanic, and to provide appropriate relief to a class of individuals who were adversely affected by such practices. Specifically, the Equal Employment Opportunity Commission (the "Commission") contends that Defendant, Propak Logistics, Inc. ("Defendant"), discriminated against a class of applicants for employment by refusing to hire them based on their national origin, non-Hispanic.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) and (6) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of North Carolina.

## PARTIES

3. Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) and 707 of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and (6).

4. At all relevant times, Defendant has been an Arkansas corporation doing business in the state of North Carolina and the city of Shelby, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Charge Number 140-2003-00412 was filed with the Commission, alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least October 1, 2002, through June 30, 2004, Defendant engaged in unlawful employment practices by refusing to hire a class of non-Hispanic individuals for non-management positions at a Wal-Mart Distribution Center in Shelby, North Carolina based on their national origin, non-Hispanic, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §§ 2000e-2(a)(1). Specifically, Defendant engaged in a pattern or practice of discriminatory hiring during the stated time period by predominantly hiring Hispanic applicants to fill vacant, available positions to the exclusion of similarly or more qualified non-Hispanic applicants, thereby denying non-Hispanic applicants employment based on their national origin.

8. The effect of the practices complained of in paragraph 7 above has been to deprive a class of non-Hispanic applicants of equal employment opportunities, and otherwise adversely affect their status as applicants because of their national origin, non-Hispanic.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices by Defendant complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of a class of applicants for employment.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from any employment practice that discriminates on the basis of national origin.

B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for non-Hispanics and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole a class of non-Hispanic applicants for employment by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices described in paragraph 7 above, including but not limited to instatement.

D. Order Defendant to make whole a class of non-Hispanic applicants for employment by providing compensation for past and future pecuniary losses resulting from the

unlawful employment practices described in paragraph 7 above, including but not limited to medical expenses and job search expenses, in amounts to be determined at trial.

E. Order Defendant to make whole a class of non-Hispanic applicants for employment by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay a class of non-Hispanic applicants for employment punitive damages for Defendant's malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 12th day of August, 2009.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street, NW
Washington, D.C. 20507

s/ Lynette A. Barnes
LYNETTE A. BARNES (NC 19732)
Regional Attorney

TINA BURNSIDE
Supervisory Trial Attorney

s/ Randall D. Huggins
RANDALL D. HUGGINS (OK 17875)
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: 704.344.6889
Facsimile: 704.344.6780
E-mail: randall.huggins@eeoc.gov

ATTORNEYS FOR PLAINTIFF