IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv311

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| PROPAK LOGISTICS, INC., | ) ) |
| Defendant. | ) ) |

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendant Propak Logistics, Inc. and against the Plaintiff Equal Employment Opportunity Commission.

Signed: August 6, 2012

Martin Reidinger
United States District Judge