THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00311-MR-DLH

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **O R D E R** |
| PROPAK LOGISTICS, INC., | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Stay and Extension with Request for Expedited Ruling [Doc. 65].

Due to the lapse in appropriations for the EEOC that occurred on October 1, 2013, the Plaintiff's request for a stay is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Stay is **GRANTED**, and the litigation of this matter is hereby **STAYED** pending the restoration of appropriations to the EEOC. The Plaintiff shall promptly notify the Court when its funding has been restored.

**IT IS SO ORDERED.**

Signed: October 4, 2013

Martin Reidinger
United States District Judge